THE HONORABLE MICHELLE L. PETERSON

Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA 99201
Telephone:     509-327-2224
Email:             bobmitchellaw@gmail.com

*Attorney for Plaintiff, Melissa Newton*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MELISSA NEWTON,<br><br>              Plaintiff,<br>    v.<br><br>J.P. MORGAN CHASE & CO., a Foreign Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANS UNION LLC, a Delaware Limited Liability Company,<br><br>              Defendants. | NO. 2:22−cv−00790−RAJ−MLP<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION** |

MOTION TO DISMISS TRANSUNION
2:22−cv−00790−RAJ−MLP                    1

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

## **STIPULATED DISMISSAL**

Plaintiff, MELISSA NEWTON, being represented by her counsel, Attorney Robert Mitchell, and Defendant, TRANS UNION LLC, being represented by its attorney, Warren F. Cangany, hereby jointly move to dismiss TRANS UNION LLC from this action with prejudice and without an award of costs or fees to either party.

Presented by:

S//*Robert W. Mitchell*            Dated August 1, 2022
Robert W. Mitchell (WSBA # 37444)
Attorney at Law, PLLC
1020   N. Washington
Spokane, WA  99201

Notice of Presentment Waived by:

s// *Warren F. Cangany*            Dated August 1, 2022
Warren F. Cangany, Esq. (Admitted Pro Hac Vice)
Schuckit &amp; Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Facsimile: (317) 363-2257
E-Mail: wcangany@schuckitlaw.com
*Lead Counsel for Defendant Trans Union, LLC*

MOTION TO DISMISS TRANSUNION
2:22−cv−00790−RAJ−MLP

2

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

# **ORDER**

THIS COURT having reviewed the parties' motion and finding good cause shown,

HEREBY ORDERS that TRANS UNION, LLC, shall be dismissed from this action with prejudice and without an award of costs or fees to either party.

Dated this ____ day of August, 2022.

_____
THE HONORABLE MICHELLE L. PETERSON

MOTION TO DISMISS TRANSUNION 3
2:22−cv−00790−RAJ−MLP

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 1st day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**A. For Defendant, JP Morgan Chase**:

John S. Devlin III WSBA No. 23988
Katie Bass WSBA No. 51369
Lane Powell PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone: (206) 223-7000
Email: devlinj@lanepowell.com
Email: bassk@lanepowell.com

**B. For Defendant, Experian**

Sara J. Wadsworth , WSBA No. 55952
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:         (206) 624-0900
Email:               sara.wadsworth@stoel.com

**C. For Defendant, Trans Union**

Warren F. Cangany, Esq. (Admitted Pro Hac Vice)
Schuckit &amp; Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Facsimile: (317) 363-2257
E-Mail: wcangany@schuckitlaw.com
*Lead Counsel for Defendant Trans Union, LLC*

MOTION TO DISMISS TRANSUNION
2:22−cv−00790−RAJ−MLP                    4

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 |  Fax (888) 840-6003
bobmitchellaw@gmail.com

Benjamin I. VandenBerghe, Esq., WSBA #35477
Christopher M. Reed, Esq., WSBA #49716
Montgomery Purdue PLLC
5500 Columbia Center
701 Fifth Avenue
Seattle, WA 98104-7096
Telephone: 206-682-7090
Fax: 206-625-9534
E-Mail: biv@montgomerypurdue.com
creed@montgomerypurdue.com
*Local Counsel for Defendant Trans Union, LLC*

Dated this 1st day of August, 2022, at Memphis, Tennessee.

S//*Robert Mitchell*
ROBERT MITCHELL (WSBA No. 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington
Spokane, WA 99201
Telephone:   509-327-2224
Email:   bobmitchellaw@gmail.com

MOTION TO DISMISS TRANSUNION
2:22−cv−00790−RAJ−MLP

5

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com