THE HONORABLE MICHELLE L. PETERSON

Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA  99201
Telephone:     509-327-2224
Email:              bobmitchellaw@gmail.com

*Attorney for Plaintiff, Melissa Newton*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MELISSA NEWTON,<br><br>                    Plaintiff,<br>v.<br><br>J.P. MORGAN CHASE & CO., a Foreign Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANS UNION LLC, a Delaware Limited Liability Company,<br><br>                    Defendants. | NO.  C22-790−RAJ−MLP<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT** |

## I.        INTRODUCTION

Plaintiff, MELISSA NEWTON, hereby respectfully requests leave to amend her complaint to change the caption post removal (ECF No. 1), to remove TransUnion as a defendant post dismissal (ECF No. 21), and add Equifax as a defendant, because information obtained through discovery suggests that Equifax is also liable for Plaintiff's damages.

All remaining defendants have represented that they do not oppose this motion.

MOTION TO AMEND
C22−790−RAJ−MLP

1

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

## II.    FACTS

The operative complaint contains a state court heading and alleges state court jurisdiction. This matter was removed to this federal court and all parties stipulate to federal jurisdiction. Plaintiff's amended complaint correct the caption and jurisdictional statement.

TransUnion was dismissed as a party to this litigation.

Equifax may also be liable for Plaintiff's damages.

The remaining parties, Experian and JPMC do not oppose Plaintiff's filing of the amended complaint.

Attached hereto is a marked-up version of the amended complaint, as well as a clean version of the amended complaint.

This case in its infancy and no deadlines will be affected by amendment. *See* ECF No. 19, Court's Scheduling Order.

## III.    AUHTORITY

Courts should freely grant leave to amend. Fed. R. Civ. P. 15. Plaintiff respectfully requests that this Court freely grant Plaintiff leave to amend her complaint.

Presented by:

S//*Robert W. Mitchell*                            Dated August 3, 2022
Robert W. Mitchell (WSBA # 37444)
Attorney at Law, PLLC
1020 N. Washington
Spokane, WA 99201

MOTION TO AMEND      2      **Robert Mitchell, Attorney at Law, PLLC**
C22−790−RAJ−MLP                           1020 N. Washington St. | Spokane, WA 99201
                                                            Ph (509) 327-2224 | Fax (888) 840-6003
                                                                     bobmitchellaw@gmail.com

**ORDER**

THIS COURT having reviewed Plaintiff's motion and finding good cause shown, HEREBY GRANTS Plaintiff leave to amend her complaint. THE CLERK OF THE COURT is directed to enter the clean version of Plaintiff's amended complaint (dkt. # 22-2) as the operative pleading in this case.

Dated this 4th day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

MOTION TO AMEND
C22−790−RAJ−MLP

3

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com