UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA NEWTON,<br><br>  Plaintiff,<br><br>  v.<br><br>J.P. MORGAN CHASE & CO., a Foreign Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANS UNION LLC, a Delaware Limited Liability Company,<br><br>  Defendants. | No. 2:22-cv-00790-RAJ-MLP<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. SHALL RESPOND TO FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>August 18, 2022 |

Upon consideration of Plaintiff Melissa Newton and Defendant Experian Information Solutions, Inc.'s Stipulated Motion for Extension of Time Within Which Defendant Experian Information Solutions, Inc. Shall Respond to First Amended Complaint (the "Motion"), and being advised on the premises, it is hereby ORDERED that the Motion is GRANTED. The deadline for Defendant Experian Information Solutions, Inc. to answer or otherwise respond to Plaintiff's First Amended Complaint in the above-captioned civil action is hereby extended to September 1, 2022.

//

//

//

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. SHALL RESPOND TO FIRST AMENDED COMPLAINT (2:22-cv-00790-RAJ-MLP) - 1
116487154.1 0030176-00365

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone 206.624.0900

1  SO ORDERED this 18th day of August.

_[signature]_
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

STOEL RIVES LLP

_s/ Sara J. Wadsworth_
Sara J. Wadsworth, WSBA No. 55952
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900
Facsimile:  206.386.7500
sara.wadsworth@stoel.com

Attorneys for Defendant Experian Information Solutions, Inc.

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME WITHIN WHICH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. SHALL RESPOND TO FIRST AMENDED COMPLAINT (2:22-cv-00790-RAJ-MLP) - 2
116487154.1 0030176-00365