The Honorable Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MELISSA NEWTON,<br><br>                    Plaintiff,<br><br>         v.<br><br>J.P. MORGAN CHASE & CO., a Foreign Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company,<br><br>                    Defendants. | Case No. 2:22-cv-00790-RAJ-MLP<br><br>DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT<br><br>**NOTED FOR HEARING:**<br>**same day motion** |

Defendant Equifax Information Services LLC ("Equifax"), by their attorneys and pursuant to Local Rules 7 and 10 of the Western District of Washington, hereby submits this Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.  In support of its motion, Equifax states as follows:

1. On August 4, 2022, Plaintiff Melissa Newton filed a Complaint in the United States District Court for the Western District of Washington. (ECF No. 1).

2. Equifax was served via process service on its registered agent, Corporation Service Company, on August 8, 2022.

3. Pursuant to Rules 12 and 8  Federal Rule of Civil Procedure, Equifax must file its responsive pleading by August 29, 2022.

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 1
(CASE NO. 2:22-CV-00790-RAJ-MLP)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

86100735v.1

4. On August 22, 2022, counsel for Equifax conferred with Plaintiff's counsel to confirm that Plaintiff had no objection to extending Equifax's deadline to answer or respond to Plaintiff's Complaint. Plaintiff's counsel confirmed that Plaintiff consents to Equifax's requested extension.

5. Thus, to allow Equifax additional time to investigate Plaintiff's allegations and to engage in informal settlement discussions with Plaintiff's counsel, Equifax respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint through and including October 13, 2022.

6. This motion is filed before Equifax's response to Plaintiff's Complaint is due. Equifax's request is not sought for the purpose of delay, nor will the additional time adversely affect the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

7. This motion is filed in good faith and is supported by good cause.

WHEREFORE, Equifax respectfully requests the Court to issue an Order extending the time for Equifax to answer or otherwise respond to Plaintiff's Complaint through and including October 13, 2022.

DATED: August 26, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104
Telephone: (206) 946-4910
Email: aescobar@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services LLC*

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 2
(CASE NO. 2:22-CV-00790-RAJ-MLP)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

86100735v.1

IT IS SO ORDERED.

Dated this 26th day of August, 2022.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 3
(CASE NO. 2:22-CV-00790-RAJ-MLP)

86100735v.1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA  98104-4041
(206) 946-4910

**CERTIFICATE OF SERVICE**

I hereby declare that on this 26th day of August, 2022, I caused the foregoing EQUIFAX INFORMATION SERVICE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT to be electronically filed with the Court using the ECF system which will send notification of such filing to all counsel of record, including the following:

> Robert W. Mitchell (WSBA # 37444)
> Robert Mitchell Attorney at Law, PLLC
> 1020 N. Washington St.
> Spokane, WA 99201
> Telephone: (509) 327-2224
> E-mail: bobmitchellaw@gmail.com
> **Counsel for Plaintiff**

/s/ *Andrew R. Escobar*
Andrew R. Escobar

EQUIFAX'S UNOPPOSED MOTION FOR EXTENSION - 4
(CASE NO. 2:22-CV-00790-RAJ-MLP)

86100735v.1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910