THE HONORABLE MICHELLE L. PETERSON

Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA  99201
Telephone:     509-327-2224
Email:           bobmitchellaw@gmail.com
*Attorney for Plaintiff, Melissa Newton*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MELISSA NEWTON,<br><br>    Plaintiff,<br>v.<br><br>J.P. MORGAN CHASE & CO., a Foreign Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANS UNION LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | NO.  2:22−cv−00790−RAJ−MLP<br><br>**[PROPOSED]**<br><br>**ORDER ON STIPULATED MOTION TO EXTEND PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (Dkt. 59) TO MAY 9, 2023, AND EXTEND DEFENDANT'S REPLY DEADLINE TO MAY 16, 2023** |

## I.   ORDER

THIS COURT, having reviewed the stipulated Motion to extend Plaintiff's response to Defendant's Motion for Partial Summary Judgment from May 1, 2023, to May 9, 2023, and extend Defendant's Reply from May 5, 2023, to May 16, 2023, and

HAVING REVIEWED the Court file and Pleadings to date, and

FINDING GOOD CAUSE SHOWN,

NOW THEREFORE ORDERS that:

[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE — 1

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

Plaintiff's response brief shall be filed by the close of business <u>May 9, 2023</u>, and Defendant's reply shall be filed by the close of business <u>May 16, 2023</u>.

Dated this 10th day of May, 2023.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

S//*Robert W. Mitchell*　　　　　　　　　　Dated May 9, 2023
Robert W. Mitchell (WSBA # 37444)
Attorney at Law, PLLC
1020   N. Washington
Spokane, WA  99201


*s/ Sara J. Wadsworth*　　　　　　　　　　Dated May 9, 2023
Sara J. Wadsworth, WSBA No. 55952
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
sara.wadsworth@stoel.com


*s/Angela M. Taylor*　　　　　　　　　　　Dated May 9, 2023
Angela M. Taylor, *Admitted Pro Hac Vice*
3161 Michelson Drive, Ste. 800
Irvine, CA 92612
Telephone: 949.851.3939
angelataylor@jonesday.com