UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA NEWTON,

            Plaintiff,

  v.

JP MORGAN CHASE & CO., *et al.*,

            Defendants.

Case No. C22-790-RAJ-MLP

MINUTE ORDER

       The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

       This matter is before the Court on Plaintiff's Motion to Seal JPMC Confidential Documents ("Plaintiff's Motion"). (Dkt. # 71.) The Court's Scheduling Order requires that parties meet and confer before a motion is filed. (Dkt. # 19 at 2-3.) Plaintiff's Motion indicates Plaintiff conferred with non-party JP Morgan Chase Bank, N.A., which has been dismissed as a defendant in this case and whose confidential material is the subject of Plaintiff's Motion. (Dkt. # 71 at 2; *see* dkt. # 42.) However, conferral with non-parties does not fulfill a party's obligation to meet and confer with the other parties to the case. Accordingly, the Court STRIKES Plaintiff's

MINUTE ORDER - 1

Motion (dkt. # 71) without prejudice to refiling after complying with the obligation to meet and confer with opposing counsel.

Dated this 10th day of May, 2023.

Ravi Subramanian  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2